**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Fernando A. Neiva |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Massachusetts |
| Case Number | 23-40098 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LoanCare, LLC

**Last 4 digits** of any number you use to identify the debtor's account: 7220

**Court claim no.** (if known): N/A

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2024

**New total payment:** $ 1,874.41
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjusted

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow statement in a form prepared consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 848.98      New escrow payment: $ 1,120.82

## Part 2: Mortgage Payment Adjusted

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %      New interest rate: _____ %
Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____
Current mortgage payment: $ _____      New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

| Debtor 1 | Fernando A. Neiva | | | Case number (*if known*) | 23-40098 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Christopher K. Baxter          Date 5/8/2024

| Print: | Christopher K. Baxter | | | Title | Authorized Agent for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Company | Marinosci Law Group, P.C. | | | | |
| Address | 16415 Addison Road, Suite 725 | | | | |
| | Number | Street | | | |
| | Addison, TX 75001 | | | | |
| | City | State | ZIP Code | | |
| Contact phone | 972-331-2300 | | | Email | bkinquiries@mlg-defaultlaw.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on May 8, 2024.

Fernando A Neiva
45 Liberty St
Apt 1
Marlborough, MA 01752

                                                                    Marinosci Law Group, P.C.
                                                                     */s/ Christopher K. Baxter*
                                                                       Email: BKinquiries@mlg-defaultlaw.com
                                                                       ATTORNEYS FOR CREDITOR



# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

P.O. BOX 8068 | Virginia Beach, VA 23450 | 1.800.274.6600

**Statement Date:** 04/01/24

FERNANDO NEIVA
C/O CYNTHIA RAVOSA
MASSACHUSETTS BANKRUPTCY CENTE
1 SOUTH AVE STE 1
NATICK MA  01760-4600

### Annual Escrow Account Disclosure Statement

| | |
|---|---|
| Loan Number: | |
| Property Address: | 45 LIBERTY ST MARLBOROUGH MA 01752 |
| Review Period: | 03/2023 to 05/2024 |
| **Escrow Shortage:** | **$-2,826.70** |

### Current Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $753.59 |
| Escrow (Taxes and/or Insurance): | $848.98 |
| **Total Monthly Payment:** | **$1,602.57** |

### New Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $753.59 |
| Escrow (Taxes and/or Insurance): | $885.26 |
| Prorated Shortage: | $235.56 |
| **Total New Monthly Payment** | **$1,874.41** |
| **Effective Due Date:** | **06/01/2024** |

### Contact Us

**Customer Service/Pay-by-Phone**
1.800.274.6600*
*Calls are randomly monitored and recorded to ensure quality service.*
**Hours**
Monday - Friday: 8 a.m. to 9 p.m. ET
Saturday: 8 a.m. to 3 p.m. ET

**Website: https://myloancare.com**

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

### Account History

The following statement of activity in your escrow account from 03/2023 through 05/2024 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $3,008.65 | $-49,415.91 |
| March | Deposit | $855.05 | $0.00* | $3,863.70 | $-49,415.91 |
| March | MIP/PMI Disbursement | $140.48 | $0.00* | $3,723.22 | $-49,415.91 |
| March | MIP/PMI Disbursement | $0.00 | $140.48* | $3,723.22 | $-49,556.39 |
| April | Deposit | $855.05 | $0.00* | $4,578.27 | $-49,556.39 |
| April | MIP/PMI Disbursement | $140.48 | $0.00* | $4,437.79 | $-49,556.39 |
| April | City/Town Tax Disbursement | $1,278.76 | $1,278.76 | $3,159.03 | $-50,835.15 |
| April | MIP/PMI Disbursement | $0.00 | $140.48* | $3,159.03 | $-50,975.63 |
| May | Deposit | $855.05 | $0.00* | $4,014.08 | $-50,975.63 |
| May | MIP/PMI Disbursement | $140.48 | $0.00* | $3,873.60 | $-50,975.63 |
| May | MIP/PMI Disbursement | $0.00 | $140.48* | $3,873.60 | $-51,116.11 |
| June | Deposit | $855.05 | $0.00* | $4,728.65 | $-51,116.11 |
| June | MIP/PMI Disbursement | $140.48 | $0.00* | $4,588.17 | $-51,116.11 |
| June | MIP/PMI Disbursement | $0.00 | $140.48* | $4,588.17 | $-51,256.59 |
| July | Deposit | $855.05 | $0.00* | $5,443.22 | $-51,256.59 |
| July | MIP/PMI Disbursement | $140.48 | $0.00* | $5,302.74 | $-51,256.59 |
| July | City/Town Tax Disbursement | $1,249.66 | $1,295.82* | $4,053.08 | $-52,552.41 |
| July | MIP/PMI Disbursement | $0.00 | $140.48* | $4,053.08 | $-52,692.89 |
| August | Deposit | $855.05 | $0.00* | $4,908.13 | $-52,692.89 |
| August | MIP/PMI Disbursement | $140.48 | $0.00* | $4,767.65 | $-52,692.89 |

*See reverse side for additional important information.*

FERNANDO NEIVA
C/O CYNTHIA RAVOSA
MASSACHUSETTS BANKRUPTCY CENTE
1 SOUTH AVE STE 1
NATICK MA  01760-4600

Loan Number:

| Shortage Amount | New Monthly Payment Effective 06/01/2024 |
|---|---|
| $-2,826.70 | $1,874.41 |

Your shortage is $-2826.70 and will be spread over a 12-month period.

### Account History

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| August | MIP/PMI Disbursement | $0.00 | $140.48* | $4,767.65 | $-52,833.37 |
| August | Hazard Insurance Disbursement | $0.00 | $3,990.02* | $4,767.65 | $-56,823.39 |
| September | Deposit | $855.05 | $0.00* | $5,622.70 | $-56,823.39 |
| September | MIP/PMI Disbursement | $140.48 | $140.48 | $5,482.22 | $-56,963.87 |
| September | Hazard Insurance Disbursement | $3,518.00 | $0.00* | $1,964.22 | $-56,963.87 |
| October | Deposit | $855.05 | $0.00* | $2,819.27 | $-56,963.87 |
| October | MIP/PMI Disbursement | $140.48 | $0.00* | $2,678.79 | $-56,963.87 |
| October | City/Town Tax Disbursement | $1,249.65 | $1,295.81* | $1,429.14 | $-58,259.68 |
| October | MIP/PMI Disbursement | $0.00 | $136.22* | $1,429.14 | $-58,395.90 |
| November | Deposit | $855.05 | $0.00* | $2,284.19 | $-58,395.90 |
| November | MIP/PMI Disbursement | $140.48 | $0.00* | $2,143.71 | $-58,395.90 |
| November | MIP/PMI Disbursement | $0.00 | $136.22* | $2,143.71 | $-58,532.12 |
| December | Deposit | $855.05 | $0.00* | $2,998.76 | $-58,532.12 |
| December | MIP/PMI Disbursement | $140.48 | $0.00* | $2,858.28 | $-58,532.12 |
| December | MIP/PMI Disbursement | $0.00 | $136.22* | $2,858.28 | $-58,668.34 |
| January | Deposit | $855.05 | $0.00* | $3,713.33 | $-58,668.34 |
| January | MIP/PMI Disbursement | $140.48 | $0.00* | $3,572.85 | $-58,668.34 |
| January | City/Town Tax Disbursement | $1,278.76 | $1,124.41* | $2,294.09 | $-59,792.75 |
| January | MIP/PMI Disbursement | $0.00 | $136.22* | $2,294.09 | $-59,928.97 |
| January | Water Tax Disbursement | $0.00 | $1,986.21* | $2,294.09 | $-61,915.18 |
| February | Deposit | $855.05 | $0.00* | $3,149.14 | $-61,915.18 |
| February | MIP/PMI Disbursement | $140.48 | $0.00* | $3,008.66 | $-61,915.18 |
| February | MIP/PMI Disbursement | $0.00 | $136.22* | $3,008.66 | $-62,051.40 |
| March | MIP/PMI Disbursement | $0.00 | $136.22* | $3,008.66 | $-62,187.62 |
| April | Deposit | $0.00 | $56,211.52* E | $3,008.66 | $-5,976.10 |
| April | MIP/PMI Disbursement | $0.00 | $136.22* E | $3,008.66 | $-6,112.32 |
| April | City/Town Tax Disbursement | $0.00 | $1,124.41* E | $3,008.66 | $-7,236.73 |
| May | Deposit | $0.00 | $855.05* E | $3,008.66 | $-6,381.68 |
| May | MIP/PMI Disbursement | $0.00 | $136.22* E | $3,008.66 | $-6,517.90 |
|  | Total Deposits | $10,260.60 | $57,066.57 |  |  |
|  | Total Disbursements | $10,260.59 | $14,168.56 |  |  |
|  | **Account Balance as of 05/31/2024** |  |  |  | **$-6,517.90** |

*An asterisk (\*) appearing next to the amount indicates a difference from projected activity either in the amount or the date. The letter "E" next to an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur on the date shown.*

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $10,260.59. Your lowest monthly escrow balance should not have exceeded $1,429.14, which is either 1/6 (also equal to no more than two months) of the total projected payments from the account as required by federal law or the reasonable amount required by state law or the amount required by your mortgage contract. Your actual lowest monthly balance was $-62,187.62. The items with an asterisk on your Account History may explain this. For further explanation, call our toll-free number shown under the Contact Us section on this statement.

### Total Anticipated Annual Disbursement

We anticipate paying the escrow items listed below on your behalf in the upcoming 12-month period. The dollar amount shown may be the last amount paid for that item, or we may project the amount due as defined by federal law.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| City/Town Tax Disbursement | $1,295.82 | July 2024 | MIP/PMI Disbursement | $136.22 | June 2024 |
| City/Town Tax Disbursement | $1,295.81 | October 2024 | MIP/PMI Disbursement | $136.22 | July 2024 |
| City/Town Tax Disbursement | $1,124.41 | January 2025 | MIP/PMI Disbursement | $136.22 | August 2024 |
| City/Town Tax Disbursement | $1,124.41 | April 2025 | MIP/PMI Disbursement | $136.22 | September 2024 |
|  |  |  | Hazard Insurance Disbursement | $4,148.03 | September 2024 |
|  |  |  | MIP/PMI Disbursement | $136.22 | October 2024 |
|  |  |  | MIP/PMI Disbursement | $136.22 | November 2024 |
|  |  |  | MIP/PMI Disbursement | $136.22 | December 2024 |
|  |  |  | MIP/PMI Disbursement | $136.22 | January 2025 |
|  |  |  | MIP/PMI Disbursement | $136.22 | February 2025 |
|  |  |  | MIP/PMI Disbursement | $136.22 | March 2025 |
|  |  |  | MIP/PMI Disbursement | $136.22 | April 2025 |
|  |  |  | MIP/PMI Disbursement | $136.22 | May 2025 |

**Total Anticipated Annual Disbursement = $10,623.12**

### Account Projections

The following information covers your projected escrow account activity from 06/2024 to 05/2025. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law, or your mortgage documents, and may include a cushion of up to one-sixth of your annual disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow analysis cycle.

| Month | Projected Payments | Disbursements | | Projected Escrow | Required Escrow |
|---|---|---|---|---|---|
|  | Projected | Projected | Description | Account Balance | Account Balance |
|  |  |  | *Beginning Balance* | **$-6,517.90** | **$4,492.54** |
| June | $885.26 | $136.22 | MIP/PMI Disbursement | $-5,768.86 | $5,241.58 |
| July | $885.26 | $136.22 | MIP/PMI Disbursement | $-5,019.82 | $5,990.62 |

# LOANCARE

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

P.O. BOX 8068 | Virginia Beach, VA 23450 | 1.800.274.6600

## Account Projections

| Month | Projected Payments | Disbursements | | Projected Escrow | Required Escrow |
|---|---|---|---|---|---|
| | Projected | Projected | Description | Account Balance | Account Balance |
| July | | $1,295.82 | City/Town Tax Disbursement | $-6,315.64 | $4,694.80 |
| August | $885.26 | $136.22 | MIP/PMI Disbursement | $-5,566.60 | $5,443.84 |
| September | $885.26 | $136.22 | MIP/PMI Disbursement | $-4,817.56 | $6,192.88 |
| September | | $4,148.03 | Hazard Insurance Disbursement | $-8,965.59 | $2,044.85 |
| October | $885.26 | $136.22 | MIP/PMI Disbursement | $-8,216.55 | $2,793.89 |
| October | | $1,295.81 | City/Town Tax Disbursement | $-9,512.36 | $1,498.08 |
| November | $885.26 | $136.22 | MIP/PMI Disbursement | $-8,763.32 | $2,247.12 |
| December | $885.26 | $136.22 | MIP/PMI Disbursement | $-8,014.28 | $2,996.16 |
| January | $885.26 | $136.22 | MIP/PMI Disbursement | $-7,265.24 | $3,745.20 |
| January | | $1,124.41 | City/Town Tax Disbursement | $-8,389.65 | $2,620.79 |
| February | $885.26 | $136.22 | MIP/PMI Disbursement | $-7,640.61 | $3,369.83 |
| March | $885.26 | $136.22 | MIP/PMI Disbursement | $-6,891.57 | $4,118.87 |
| April | $885.26 | $136.22 | MIP/PMI Disbursement | $-6,142.53 | $4,867.91 |
| April | | $1,124.41 | City/Town Tax Disbursement | $-7,266.94 | $3,743.50 |
| May | $885.26 | $136.22 | MIP/PMI Disbursement | $-6,517.90 | $4,492.54 |

Your Projected Escrow Account Balance as of 05/31/24 is $-6,517.90, which means you have a deficiency of $6,517.90. Your Required Beginning Escrow Balance according to this analysis should be $4,492.54. This means you have a shortage of $-2,826.70. Per federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. **We will collect the shortage, including any deficiency, over 12 months.** Once during this period, your Required Escrow Account Balance should be reduced to $1,498.08, as shown in October. This amount represents the cushion selected as allowed by your mortgage contract, federal and state law.

## Balance Your Escrow Account

Each year your account is reviewed to make sure there is enough money to pay your property taxes and/or insurance. Federal law allows us to require a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months. The payments made to and from your escrow account last year help predict your account activity for next year. Last year's activity also helps predict what your lowest account balance is likely to be. To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to deposit additional funds or if we will provide a refund.

| | |
|---|---|
| $1,498.08 | Your minimum required balance |
| $-9,512.36 | Your projected lowest account balance for October |
| $-2,826.70 | Your escrow account surplus/shortage |

LoanCare is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you filed for bankruptcy, currently are in bankruptcy or received a discharge in bankruptcy, this communication is not an attempt to collect a debt, but is instead a legally required notice regarding your escrowed taxes and insurance.

## Private Mortgage Insurance Disclosure

**Private Mortgage Insurance:** Your mortgage loan requires private mortgage insurance ("PMI"). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does not affect any obligation you may have to maintain other types of insurance.

**Borrower Requested Cancellation of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence, you have the right to request that PMI be canceled on or after either of these dates: (1) the date the principal balance of your loan is first scheduled to reach 80 percent of the original value of the property or (2) the date the principal balance actually reaches 80 percent of the original value of the property. PMI will only be canceled on these dates if (1) you submit a written request for cancellation; (2) you have a good payment history; and (3) we receive, if requested and at your expense, evidence that the value of the property has not declined below its original value and certification that there are no subordinate liens on the property. A "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

**Automatic Termination of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence and if you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78 percent of the original value of the property. If you are not current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date. If your loan closed before July 29, 1999 or if it is not a single-family primary residence or second home: The conditions for canceling mortgage insurance for mortgages closed before July 29, 1999 are not statutory under federal law, they may be changed at any time (unless otherwise required by state law). To determine if you can cancel the PMI on your loan or for further information about PMI cancellation, contact us at P.O. Box 8068, Virginia Beach, Virginia 23450 or call 1.800.274.6600.