## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE:<br><br>Fernando A. Neiva,<br><br>              Debtor. | Case No: 23-40098 (EDK)<br>Chapter 13<br><br>Re: Doc. 104 |

### RESPONSE TO DEBTOR'S MOTION FOR AUTHORITY TO SELL ESTATE PROPERTY LOCATED AT 45 LIBERTY STREET, MARLBOROUGH, MASSACHUSETTS AT PRIVATE SALE PURSUANT TO 11 U.S.C. §363

COMES NOW, LoanCare, LLC ("Creditor") and in support hereof, states as follows:

1. On February 2, 2023, the Debtor commenced this case by filing a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

2. On July 29, 2024, the Debtor filed a Motion for Authority to Sell Estate Property Located at 45 Liberty Street, Marlborough, Massachusetts at Private Sale Pursuant to 11 U.S.C. §363. *See* Dkt. 104.

3. On July 30, 2024, the Notice of Intended Sale of Estate Property Deadline for Submitting Objections and Higher Offers and Hearing Date of Debtor's interest in real estate known as 45 Liberty Street, Marlborough, Massachusetts 01752 ("Property") was entered setting a deadline of August 29, 2024. *See* Dkt. 105.

4. Creditor is a Secured Creditor holding an interest in Debtor's real property on a First Mortgage.

5. The Motion states the Debtor has received an offer to purchase the property for the sum of $500,000.00 (the "Purchase Price").

6. The amount due to Creditor good through September 1, 2024, is $269,233.11.

7. Creditor does not per se object to the Motion, so long as its loan is paid in full

subject to a proper payoff quote, that any sale short of the full payoff is subject to Creditor's preapproval, and that the Creditor is not required to release its lien until the outstanding mortgage balance is paid in full.

8.  Additionally, Creditor wants the Order to expressly grant it authority to communicate with the title company and escrow officer, to ensure the Sale transaction is properly handled.

9.  Lastly, Creditor requests that the Order state the date and time of the closing, to avoid any ambiguity as to when it will take place.

**WHEREFORE**, requests that the Court allow the sale of the property subject to the payment in full of its loan and that any sale short of the amount to pay the loan in full will be subject to formal review and approval.

Dated: August 14, 2024

                                  Respectfully submitted,

                                  /s/ Brian M. Kiser
                                  Brian M. Kiser, Esq., BBO#673022
                                  Marinosci Law Group, P.C.
                                  275 West Natick Road, Suite 500
                                  Warwick, RI 02886
                                  Telephone: (401) 234-9200
                                  bkiser@mlg-defaultlaw.com
                                  bkinquiries@mlg-defaultlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (WORCESTER)**

| | |
|---|---|
| IN RE:<br><br>Fernando A. Neiva,<br><br>　　　　　　Debtor. | Case No: 23-40098 (EDK)<br>Chapter 13 |

## Certificate of Service

I, Brian M. Kiser, of Marinosci Law Group, P.C., do hereby certify that on August 14, 2024, I served a copy of the *Response to Debtor's Motion for Authority to Sell Estate Property Located at 45 Liberty Street, Marlborough, Massachusetts at Private Sale Pursuant to 11 U.S.C. §363*, on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 14th day of August, 2024.

/s/ Brian M. Kiser
Brian M. Kiser, Esq., BBO#673022
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886
Telephone: (401) 234-9200
bkiser@mlg-defaultlaw.com
bkinquiries@mlg-defaultlaw.com

**VIA ECF:**

Cynthia Ravosa, Esq. on behalf of the Debtor
Richard King, Esq., on behalf of the Assistant U.S. Trustee
David A. Mawhinney, Esq., on behalf of the Trustee
David T. Mazzuchelli, Esq., on behalf of Massachusetts Department of Revenue

**VIA U.S. REGULAR MAIL**

Fernando A. Neiva
45 Liberty St
Marlborough, MA 01752, *Debtor*